062617.0015.2V.01020934.001    UNITED STATES BANKRUPTCY COURT    1701722.Court.278
Case 17-01722-5-DMW   Eastern District of North Carolina New Bern Division   Page 1 of 8
Doc 15 Filed 06/27/17 Entered 06/27/17 10:00:57

```
                                          IN RE
                                          CONRAD ARTIS, JR.
                                          506 LYNN AVENUE

 1701722-Court-A-U.S.                     GOLDSBORO, NC  27534
 RICHARD L. CANNON, III                              SSN or Tax I.D.   XXX-XX-2164
 ATTORNEY AT LAW                          ------------------------------
 P O DRAWER 8425                          JENNIFER JEANNE ARTIS
 GREENVILLE, NC  27835-8425               506 LYNN AVENUE

                                          GOLDSBORO, NC  27534
                                                     SSN or Tax I.D.   XXX-XX-8712


 U.S. Bankruptcy Court
 P.O. Box 791
 Raleigh, NC 27602                             Chapter 13
                                               Case Number:   17-01722-5-DMW
```

## NOTICE OF MOTION FOR CONFIRMATION OF PLAN

Joseph A. Bledsoe, III, Chapter 13 Trustee has filed papers with the Court to Confirm the Chapter 13 Plan.

<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the Motion For Confirmation Of Plan, or if you want the court to consider your views on the motion, then on or before 07/27/2017, you or your attorney must file with the court, pursuant to Local Rule 9013-1 and 9014-1, a written response, an answer explaining your position, and a request for hearing at:

```
                         U.S. Bankruptcy Court
                         PO Box 791
                         Raleigh, NC  27602
```

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to debtor(s), debtor(s) attorney and trustee at the following addessses:

```
Debtor(s):                      Attorney:                       Trustee:
CONRAD ARTIS, JR.               RICHARD L. CANNON, III          Joseph A. Bledsoe, III
506 LYNN AVENUE                 ATTORNEY AT LAW                 P.O. Box 1618
GOLDSBORO, NC  27534            P O DRAWER 8425                 New Bern, NC  28563
------------------------------  GREENVILLE, NC  27835-8425
JENNIFER JEANNE ARTIS
506 LYNN AVENUE
GOLDSBORO, NC  27534
```

If a response and a request for hearing is filed in writing on or before the date set above, a hearing will be conducted on the motion at a date, time and place to be later set and all parties will be notified accordingly.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

```
Date:  June 26, 2017                      Joseph A. Bledsoe, III
                                          Chapter 13 Trustee
                                          P.O. Box 1618
                                          New Bern, NC 28563
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

IN RE:  CASE NUMBER: 17-01722-5-DMW

**CONRAD ARTIS, JR.**

**JENNIFER JEANNE ARTIS**

CHAPTER 13

DEBTOR(S)

MINUTES OF 341 MEETING AND
MOTION FOR CONFIRMATION OF PLAN

NOW COMES the Trustee in the above referenced Chapter 13 case moving the Court for an Order confirming the Plan in the case and, in support, of said Motion, says unto the court:

1. That the debtor(s) appeared at the meeting of creditors, as required by 11 U.S.C. § 341 and submitted to an examination under oath by the Trustee on May 8, 2017, or has supplied answers to written interrogatories;

2. The debtor(s) has/have complied with all requirements of 11 U.S.C §521 (a) (1) (B) and Interim Bankruptcy Rules 1007 and 4002 (b), as modified and adopted by this Court, and this case has not been dismissed, nor is it subject to dismissal, under 11 U.S.C. §521 (i);

3. That there are no pending objections to confirmation or other filings or pleadings that would impede the confirmation of the Plan in this case;

4. That the trustee has reviewed the schedules and relative information in the debtor(s) petition and has made a determination of the disposable income for the debtor(s) in this case. The calculation of disposable income impacts what, if any, dividend will be received by unsecured creditors. The debtor(s) plan provides for payments of:

   | | | | |
   |---|---|---|---|
   | $219.00 | for | 60 | Months |
   | | for | | Months |
   | | for | | Months |
   | | for | | Months |

5. That the liens of creditors which will not be paid in full during the term of the Plan or which are to be paid directly by the debtor(s) are not affected by the confirmation of this plan;

6. Generally, and subject to orders entered hereafter by the Court, any proof of claim that is not filed on or before August 7, 2017 ("Bar Date") shall be disallowed. Claims of governmental units, proofs of which are not filed before October 3, 2017 ("Government Bar Date") shall be disallowed;

7. That the claims of secured creditors shall be paid as secured to the extent of the claim or to the extent of the value of the collateral as set out below:

a. Claims to be paid directly by the Debtor:

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| #014 First Tech Federal Credit Union | '15 Nissan Pathfinder | OUTSIDE |
| #016 Furniture Fair | Household goods | OUTSIDE |
| #800 Quicken Loans | Residence | OUTSIDE |

b. Continuing Long Term Debts to be paid by the Trustee:

**IF A PROOF OF CLAIM IS TIMELY FILED** the claim is to be paid on a monthly basis according to the terms of the contract effective the first month after confirmation. Arrearages, if any, are to be paid over the life of the plan. Two post-petition contractual payments shall be included in the administrative arrearage claim. **The Debtor is to resume direct payments upon completion of plan payments.**
**(SEE PARAGRAPH 8 BELOW)**

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| NONE | | |

c. Claims paid to extent of claims as filed (no cramdown):

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| #900 Williamsburg Plantation | 4870 Longhill Rd. | $3,427.84 @ 6% to be paid over life of plan |
| | | NO CLAIM FILED |

d. Claims paid to extent of value:

| Creditor | Collateral | Present Value | Repayment Rate/Term |
|---|---|---|---|
| #025 SECU | Deposit account | $45.81 secured | 6% to be paid over life of plan |
| | | $2,131.60 unsecured | |

Pursuant to Local Rule 3070-1(b) some secured creditors may be entitled to pre-confirmation adequate protection payments.

8. **LONG TERM RESIDENTIAL MORTGAGE CLAIMS** shall be paid in a manner consistent with Local Rule 3070-2.

9. That the following creditors have filed secured proofs of claims but, due to the value placed on the collateral, the claims will be treated as unsecured and paid along with other unsecured claims. With respect to claims listed below for which the terms of repayment are listed as "Surrender," upon entry of an Order confirming the plan, as modified by this Motion, the automatic stay of §362(a) and the automatic co-debtor stay of §1301 shall thereupon be lifted and modified with respect to such property "for cause" under §362(a)(1), as allowed by Local Rule 4001-1(b).

    NONE

Reference herein to "Direct" or "Outside" or similar language regarding the payment of a claim under this plan means that the debtor(s) or a third party will make the post-petition payments in accordance with the contractual documents which govern the rights and responsibilities of the parties of the transaction, including any contractual modifications thereof, beginning with the first payment that comes due following the order for relief;

10. That the treatment of claims indicated in paragraphs 7 and 9 above, are based on information known to the Trustee at the time of the filing of this Motion. The treatment of some claims may differ from that indicated if subsequent timely filed claims require different treatment;

11. That the following executory contracts and unexpired leases shall be either assumed or rejected as indicated below:

| Creditor | Property Leased/Contracted For | Treatment |
| --- | --- | --- |
| #002 American Home Shield | Home warranty contract | Assume |
| #003 AT&T Wireless | Cellular contract | Assume |
| #012 DirecTV | Service contract | Assume |
| #019 Jackson & Sons | HVAC system contract | Assume |

12. That priority claims shall be paid in full over the term of the Plan;

13. That confirmation of this Plan will be without prejudice to pending Motions For Relief From the Automatic Stay and will be without prejudice to objections to claims and avoidance actions;

14. That confirmation of the Plan vests all property of the estate in the debtor(s);

15. That the attorney for the debtor(s) is requesting fees in the amount of $5,000.00. The Trustee recommends to the Court a fee of $5,000.00. If the recommended fee is different from that requested an explanation can be found in Exhibit 'A'.

                                                                s/ Joseph A. Bledsoe, III
                                                                Joseph A. Bledsoe, III
                                                                Standing Chapter 13 Trustee

|  |  |  |
|---|---|---|
| **EXHIBIT 'A'** | | **CASE NUMBER: 17-01722-5-DMW** |

**DEBTORS:** CONRAD ARTIS, JR.
JENNIFER JEANNE ARTIS

**EMPLOYMENT:**
Debtor: WAYNE COMMUNITY COLLEGE;     GROSS INCOME:    $68,667.96
SOCIAL SECURITY; PENSION; VA
COMPENSATION
Spouse: NOT EMPLOYED – NO INCOME                               $00.00

**Prior Bankruptcy cases:**     Yes ☐     No ☒     If so, Chapter ___ filed ___
Disposition:

**Real Property:** House and Lot ☒ Mobile home ☐ Lot/Land ☐ Mobile Home/Lot ☐
Description:    RESIDENCE, 506 LYNN AVENUE, GOLDSBORO, NC
FMV           $111,730.00            Date Purchased
Liens         $114,379.32            Purchase Price
Exemptions    $0.00                  Improvements
Equity        $ 0.00                 Insured For
Rent          $1,191.30              Tax Value

**Real Property:** House and Lot ☒ Mobile home ☐ Lot/Land ☐ Mobile Home/Lot ☐
Description:    (2) TIMESHARES, WILLIAMSBURG PLANTATION RESORT
FMV           $21,800.00             Date Purchased
Liens         $3,427.84              Purchase Price
Exemptions    $8,750.00              Improvements
Equity        $ 0.00                 Insured For
Rent          $7,622.16              Tax Value

**COMMENTS:**

| **Attorney Fees:** | Requested: | $5,000.00 | (excluding filing fee) |
|---|---|---|---|
| | Paid: | $1,625.00 | (excluding filing fee) |
| | Balance: | $3,375.00 | |

**Trustee's Recommendation:**     $5,000.00
Comments:

**Plan Information:**

| Plan Information: | | After 341 | | Payout % After 341 | |
|---|---|---|---|---|---|
| Total Debts | $73,601.22 | Pay in | $13,140.00 | Priority | 100.00% |
| Priority | $3,375.00 | Less 6.00% | $ 788.40 | Secured | 100.00% |
| Secured | $3,865.15 | Subtotal | $12,351.60 | Unsecured | 8.05% |
| Unsecured | $66,361.07 | Req. Atty. Fee | Incl. w/ claims | Joint | % |
| Joint Debts | | Available | $12,351.60 | Co-Debts | % |
| Co-Debtor | | | | | |

                                        **Payroll Deduction:** Yes ☐        No ☒
Objection to Confirmation:              Yes ☐        No ☒

      Pending:    SEE COURT DOCKET
      Resolved:   SEE COURT DOCKET

<u>Motions Filed:</u>    Yes ☐    No ☒

    If so, indicate type and status:    SEE COURT DOCKET

Hearing Date:

| | | | |
|---|---|---|---|
| CASE: 1701722 | TRUSTEE: 2V | COURT: 278 | Page 1 of 2 |
| TASK: 06-23-2017.01020934.LSA000 | | DATED: 06/26/2017 | |

| | | | |
|---|---|---|---|
| Court | | Served Electronically | |
| Trustee | | Joseph A. Bledsoe, III | P.O. Box 1618<br>New Bern, NC 28563 |
| Debtor | | CONRAD ARTIS, JR. | 506 LYNN AVENUE<br>GOLDSBORO, NC 27534 |
| Joint | | JENNIFER JEANNE ARTIS | 506 LYNN AVENUE<br>GOLDSBORO, NC 27534 |
| 799 | 000002 | RICHARD L. CANNON, III<br>P O DRAWER 8425 | ATTORNEY AT LAW<br>GREENVILLE, NC 27835-8425 |
| 008 | 000020 | CARDWORKS | PO BOX 9201<br>OLD BETHPAGE, NY 11804 |
| 018 | 000012 | INTERNAL REVENUE SERVICE | PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| 001 | 000015 | AMERICAN EXPRESS CENTURION BANK<br>P O BOX 3001 | BECKET & LEE<br>MALVERN, PA 19355-0701 |
| 009 | 000021 | CHASE CARD<br>ATTN: MANAGING OFFICER/AGENT | PO BOX 15298<br>WILMINGTON, DE 19850 |
| 010 | 000022 | CHASE CARD<br>ATTN: MANAGING OFFICER/AGENT | PO BOX 15298<br>WILMINGTON, DE 19850 |
| 004 | 000016 | BARCLAYS BANK DELAWARE<br>CHAPTER 13 BANKRUPTCY | PO BOX 8801<br>WILMINGTON, DE 19899 |
| 900 | 000009 | WILLIAMSBURG PLANTATION | 4870 LONGHILL ROAD<br>WILLIAMSBURG, VA 23188 |
| 020 | 000025 | LABORATORY CORP OF AMERICA | P O BOX 2240<br>BURLINGTON, NC 27216-2240 |
| 016 | 000005 | FURNITURE FAIR | 912 LANDMARK ST<br>GOLDSBORO, NC 27532 |
| 017 | 000006 | FURNITURE FAIR | 912 LANDMARK ST<br>GOLDSBORO, NC 27532 |
| 033 | 000014 | WAYNE COUNTY TAX DEPARTMENT<br>PO BOX 227 | 224 E. WALNUT STREET<br>GOLDSBORO, NC 27533 |
| 023 | 000013 | NC DEPT OF REVENUE<br>PO BOX 1168 | ANGELA C FOUNTAIN BANKRUPTCY<br>RALEIGH, NC 27602-1168 |
| 024 | 000028 | NC RETIREMENT SYSTEMS<br>ATTN: MANAGING AGENT/OFFICER | 3200 ATLANTIC AVE<br>RALEIGH, NC 27604 |
| 025 | 000029 | SECU<br>CHAPTER 13 BANKRUPTCY | PO BOX 25279<br>RALEIGH, NC 27611 |
| 025 | 000043 | SECU<br>CHAPTER 13 BANKRUPTCY | PO BOX 25279<br>RALEIGH, NC 27611 |
| 035 | 000042 | QUICKEN LOANS INC.<br>POST OFFICE BOX 2505 | C/O JOSEPH J. VONNEGUT<br>FAYETTEVILLE, NC 28302 |
| 019 | 000040 | JACKSON & SONS | 2330 INDIAN SPRINGS RD<br>DUDLEY, NC 28333 |
| 013 | 000024 | EASTERN CAROLINA ORAL & MAXILLOFACI<br>CHAPTER 13 BANKRUPTCY | 46 OFFICE PARK DRIVE<br>JACKSONVILLE, NC 28548-6 |
| 021 | 000026 | MERRICK BANK<br>PO BOX 10368 | C/O RESURGENT CAPITAL SERVICES<br>GREENVILLE, SC 29603-0368 |
| 026 | 000035 | SYNCHRONY BANK/ OLD NAVY<br>ATTN: BANKRUPTCY | PO BOX 956060<br>ORLANDO, FL 32896 |

CASE: 1701722     TRUSTEE: 2V     COURT: 278     Page 2 of 2
TASK: 06-23-2017.01020934.LSA000     DATED: 06/26/2017

| | | | |
|---|---|---|---|
| 027 | 000034 | SYNCHRONY BANK/AMAZON<br>ATTN: BANKRUPTCY | PO BOX 956060<br>ORLANDO, FL 32896 |
| 028 | 000032 | SYNCHRONY BANK/BELK<br>ATTN: MANAGING AGENT/OFFICER | PO BOX 956060<br>ORLANDO, FL 32896 |
| 029 | 000030 | SYNCHRONY BANK/JC PENNEYS<br>ATTN: BANKRUPTCY | PO BOX 956060<br>ORLANDO, FL 32896 |
| 030 | 000036 | SYNCHRONY BANK/JC PENNEYS<br>ATTN: BANKRUPTCY | PO BOX 956060<br>ORLANDO, FL 32896 |
| 031 | 000033 | SYNCHRONY BANK/LOWES<br>ATTN: BANKRUPTCY | PO BOX 956060<br>ORLANDO, FL 32896 |
| 032 | 000031 | SYNCHRONY BANK/WALMART | PO BOX 956060<br>ORLANDO, FL 32896 |
| 034 | 000041 | SYNCHRONY BANK<br>PO BOX 41021 | C/O PRA RECEIVABLES MANAGEMENT, LLC<br>NORFOLK, VA 41021 |
| 800 | 000007 | QUICKEN LOANS, INC. | 635 WOODWARD AVENUE<br>DETROIT, MI 48226 |
| 802 | 000008 | QUICKEN LOANS, INC. | 635 WOODWARD AVENUE<br>DETROIT, MI 48226 |
| 002 | 000037 | AMERICAN HOME SHIELD | PO BOX 849<br>CARROLL, IA 51401-0849 |
| 012 | 000039 | DIRECT TV | PO BOX 6414<br>CAROL STREAM, IL 60197-6414 |
| 011 | 000023 | CITIBANK | PO BOX 790040<br>SAINT LOUIS, MO 63179 |
| 022 | 000027 | ARMY & AIR FORCE EXCHANGE<br>3911 S WALTON WALKER | MANAGING AGENT<br>DALLAS, TX 75236 |
| 003 | 000038 | AT&T WIRELESS | PO BOX 769<br>ARLINGTON, TX 76004 |
| 005 | 000017 | CAPITAL ONE<br>PO BOX 30285 | ATTN: BANKRUPTCY<br>SALT LAKE CITY, UT 84130 |
| 006 | 000018 | CAPITAL ONE<br>PO BOX 30285 | ATTN: BANKRUPTCY<br>SALT LAKE CITY, UT 84130 |
| 007 | 000019 | CAPITAL ONE<br>PO BOX 30285 | ATTN: BANKRUPTCY<br>SALT LAKE CITY, UT 84130 |
| 014 | 000003 | FIRST TECH FEDERAL CREDIT UNION | PO BOX 2100<br>BEAVERTON, OR 97075 |
| 015 | 000004 | FIRST TECH FEDERAL CREDIT UNION | PO BOX 2100<br>BEAVERTON, OR 97075 |

44 NOTICES

THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON 06/26/2017.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON    06/26/2017    BY /S/EPIQ Systems, Inc.

*CM - Indicates notice served via Certified Mail